**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BLAKE LONGENECKER** | : |
| Plaintiff, | : Civil Action No.  4:21-cv-01548-RDM |
| v. | : **JURY TRIAL OF TWELVE (12)** |
| | : **JURORS DEMANDED** |
| **WEIS MARKETS, INC., ET AL.** | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

    Kindly enter the appearance of David A. Berlin, Esquire on behalf of Plaintiff Blake Longenecker in regards to the above-referenced matter.

                                     **WEISBERG LAW**

                                     */s/ David A. Berlin*
                                     David A. Berlin, Esquire
                                     *Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BLAKE LONGENECKER** | : |
| | : |
| | : Civil Action No.  4:21-cv-01548-RDM |
| Plaintiff, | : |
| | : |
| v. | : **JURY TRIAL OF TWELVE (12)** |
| | : **JURORS DEMANDED** |
| **WEIS MARKETS, INC., ET AL.** | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 27th day of September, 2021, a true and correct copy of the foregoing Entry of Appearance was served via e-filing on all counsel of record:

Renee C. Mattei Myers, Esquire
Tricia S. Springer, Esquire
Eckert Seamans Cherin & Mellott, LLC
213 Market Street, 8th Floor
Harrisburg, PA 17101

**WEISBERG LAW**

*/s/ David A. Berlin*
David A. Berlin, Esquire
*Attorney for Plaintiff*