# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLAKE LONGENECKER, | : | CIVIL ACTION NO.: |
| | : | 4:21-CV-01548-RDM |
| Plaintiff | : | |
| | : | Honorable Judge Robert D. Mariani |
| v. | : | |
| | : | |
| WEIS MARKETS, INC, d/b/a | : | |
| WEIS MARKETS | : | JURY TRIAL OF TWELVE (12) |
| DISTRIBUTION CENTER and | : | JURORS DEMANDED |
| PAUL MILLER, Individually, and | : | |
| in his capacity as Distribution | : | |
| Center Human Resource Manager, | : | |
| | : | |
| Defendants | : | |

## **CERTIFICATE OF NON-CONCURRENCE**

I hereby certify that I discussed the contents of the forgoing Defendant's Motion to Dismiss Plaintiff's Complaint as to Defendant Miller with counsel for Plaintiff, and Plaintiff's counsel does not concur in said Motion.

                                                        Respectfully submitted,

                                                  *Renee C. Mattei Myers*
_____
                                                  Renee C. Mattei Myers
                                                  PA I.D. No. 73099
                                                  Eckert Seamans Cherin & Mellott, LLC
                                                  213 Market Street, 8th Floor
                                                  Harrisburg, PA  17101
                                                  rmyers@eckertseamans.com
Date:  November 17, 2021          (717) 237-7163
                                                  *Attorneys for Defendants*

101021276.1