# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAKE LONGENECKER, | CIVIL ACTION NO.: |
| | 4:21-CV-01548-RDM |
| Plaintiff | |
| | Honorable Judge Robert D. Mariani |
| v. | |
| | |
| WEIS MARKETS, INC, d/b/a | |
| WEIS MARKETS | JURY TRIAL OF TWELVE (12) |
| DISTRIBUTION CENTER, and | JURORS DEMANDED |
| PAUL MILLER, Individually, and | |
| in his capacity as Distribution | |
| Center Human Resource Manager, | |
| | |
| Defendants | |

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint as to Defendant Miller and Brief in Support Thereof, and Plaintiff's response thereto, IT IS HEREBY ORDERED that said Motion is GRANTED.  Judgment is hereby entered in favor of Defendant Miller and against Plaintiff as to all claims within Plaintiff's Complaint.

BY THE COURT:

_____
J.