# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BLAKE LONGENECKER** : | |
|         **Plaintiff,** : | |
| : | |
| v. : | |
| : | |
| : | Civil Action No.: 21-cv-01548-RDM |
| **WEIS MARKETS, INC. d/b/a WEIS** : | |
| **MARKETS DISTRIBUTION CENTER,** et : | |
| al. : | |
| : | |
|         **Defendants.** : | JURY TRIAL OF TWELVE (12) JURORS |
| : | DEMANDED |

## PLAINTIFF'S NOTICE OF PARTIAL VOLUNTARY DISMISSAL AS TO DEFENDANT, PAUL MILLER IN RESPONSE TO DEFENDANT, MILLER'S PENDING MOTION TO DISMISS

Pursuant to Rule 41, Plaintiff, Blake Longenecker, by and through his undersigned counsel, hereby provides the instant notice of voluntary dismissal as to the individual Defendant, Paul Miller, in response to Defendant Miller's pending motion to dismiss. Plaintiff does not dismiss his claims against Defendant, Weis Markets, Inc.

                                                        Respectfully submitted,

| **WEISBERG LAW** | **SCHAFKOPF LAW, LLC** |
|---|---|
| */s/ David Berlin* | */s/ Gary Schafkopf* |
| Matthew B. Weisberg | Gary Schafkopf |
| Attorney ID No. 85570 | Attorney ID No. 83362 |
| David Berlin | 11 Bala Ave |
| Attorney ID No. 314400 | Bala Cynwyd, PA 19004 |
| 7 South Morton Ave. 19070 | 610-664-5200 Ext 104 |
| Morton, PA | Fax: 888-238-1334 |
| 610-690-0801 | |
| Fax: 610-690-0880 | *Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BLAKE LONGENECKER** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Civil Action No.: 21-cv-01548-RDM |
| **WEIS MARKETS, INC. d/b/a WEIS MARKETS DISTRIBUTION CENTER,** et al. | : : : | |
| | : | |
| Defendants. | : : | JURY TRIAL OF TWELVE (12) JURORS DEMANDED |

## CERTIFICATE OF SERVICE

I, David Berlin, Esquire, hereby certify that on this 1st day of December 2021, a true and correct copy of the foregoing notice of partial voluntary dismissal was served via e-filing upon the following parties:

Renee C. Mattei Myers, Esq.
Tricia S. Springer, Esq.
Eckert Seamans Cherin & Melott, LLC
213 Market St., 8th Floor
Harrisburg, PA 17101

                                              **WEISBERG LAW**

                                              */s/ David Berlin*
                                              David A. Berlin, Esq.
                                              Matthew B. Weisberg, Esq.
                                              *Attorneys for Plaintiff*