IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLAKE LONGENECKER, | : | |
| | : | Civil Action No. 4:21-cv-01548-RDM |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| WEIS MARKETS, INC. d/b/a WEIS | : | JURY TRIAL DEMANDED |
| MARKETS DISTRIBUTION | : | |
| CENTER, | : | |
| | : | |
| Defendant | : | |

# JOINT STATUS REPORT

This matter has resolved, the release between the parties is fully executed, and the parties respectfully request that this Honorable Court dismiss this case with prejudice, with each party bearing their own costs.

**WEISBERG LAW**

BY: ____/s/ David A. Berlin_____
    David A. Berlin, Esq.
    7 South Morton Ave
    Morton, PA 19070
    Attorney for Plaintiff

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

BY: ___/s/ Renee C. Mattei Myers_____
    Renee C. Mattei Myers, Esq.
    213 Market Street, 8th Floor, Harrisburg, PA 17101
    Attorney for Defendant

APPROVED BY THE COURT:

_____
Robert D. Mariani
Unites States District Court Judge