THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BLAKE LONGENECKER,

    Plaintiff,

v.  : 4:21-CV-1548
   (JUDGE MARIANI)

WEIS MARKETS, INC., d/b/a WEISS
MARKETS DISTRIBUTION CENTER,

    Defendant.

## ORDER

AND NOW, THIS \_\_\_20th\_\_\_ DAY OF APRIL, 2022, upon receipt of the parties' Joint Status Report (Doc. 21) notifying the Court that the above-captioned action has resolved and requesting that this action be dismissed, **IT IS HEREBY ORDERED THAT** this action is **DISMISSED WITH PREJUDICE**, with each party bearing their own costs. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge